**HUMPHREY & RIST LLP**
Christina A. Humphrey, Esq. (SBN 226326)
Thomas A. Rist, Esq. (SBN 238090)
351 Paseo Nuevo, 2nd Floor
Santa Barbara, CA  93101
Telephone: (805) 618-2924
Facsimile:  (805) 618-2939
christina@humphreyrist.com
tom@humphreyrist.com

**TOWER LEGAL GROUP, APC**
James Clark, State Bar No. 278372
1510 J Street, Suite 125
Sacramento, California 95814
Telephone:  (916) 361-6009
Facsimile:  (916) 361-6019
james.clark@towerlegalgroup.com

Attorneys for Plaintiffs and the putative classes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SAUNDERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALL NATION SECURITY SERVICES, INC., a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:17-cv-00037-MCE-EFB<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ACTION**<br><br><br>*Complaint filed:  January 9, 2017* |

In accordance with Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), any and all causes of action and claims for relief made by Mr. Saunders, individually, are hereby dismissed, with prejudice.  Any and all claims made on behalf of similarly situated Plaintiffs are dismissed without prejudice.

The Court, finding that all claims made in the Complaint filed in this matter have been dismissed, hereby further ORDERS that this case shall be removed from the docket of this Court.

**IT IS SO ORDERED.**

Dated:  April 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE